UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK M.,

     Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

     Defendant.

Case No. 23-cv-11193
Hon. Matthew F. Leitman

_____/

## JUDGMENT

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

KINIKIA ESSIX
CLERK OF COURT

By:   s/Holly A. Ryan
       Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  February 2, 2024
Detroit, Michigan