UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK M.,

     Plaintiff,                         Case No. 23-cv-11193

                                          Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

     Defendant.

_____/

## JUDGMENT

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is

**DISMISSED WITH PREJUDICE**.


                                  KINIKIA ESSIX
                                  CLERK OF COURT

                    By:    s/Holly A. Ryan_____
                            Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  November 1, 2024
Detroit, Michigan

1